IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: EDWARD GARCIA COTTO

Bkrtcy. No. 11-07200-MCF
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | |
|---|---|
| Petition Filing Date: Aug 29, 2011 | Meeting Date: Sep 28, 2011  DC Track No. 21 |
| Days from petition date: 30 | Meeting Time: 2:00 PM |
| 910 Days before Petition: 3/2/2009 | ☐ Chapter 13 Plan Date Aug 29, 2011 Dkt.# 2  ☐ Amended. |
| This is debtor(s) 1st Bankruptcy petition. | Plan Base: $10,500.00 |
| This is the 1st Scheduled Meeting | Confirmation Hearing Date: Nov 04, 2011  Time: 1:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount  Total Paid In: $0.00 * |

**I. Appearances:** ☐ Telephone ☐ Video Conference   ☐ Creditor(s) present: ☒ None.
☒ Debtor Present  ☒ ID & Soc. OK  ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK  ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined  ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present  ☐ Not Present
☐ Substitute attorney: Michelle Vega, Esq.  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00   Paid Pre-Petition: $146.00   Outstanding: $2,854.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income.   Liquidation Value: $0
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)]   Gen. Unsecured Pool: $0

9.03) The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308]
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
* Debtor has 10 days to submit first payment to Trustee.

/s/ José R. Carrión
Trustee                Presiding Officer                Page 1 of 1                Date: Sep 28, 2011